ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–1786. BLASKE v. UNUM LIFE INSURANCE COMPANY OF AMERICA. C. A. 8th Cir. Certiorari denied.

No. 97–1792. PIERCE, AKA SEALED DEFT. 2, AKA MARTIN v. UNITED STATES; and
No. 97–8964. PIERCE v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 130 F. 3d 547.

No. 97–1796. EPSTEIN v. SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, DBA KAISER PERMANENTE MEDICAL GROUP, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–1807. CLEAN ET AL. v. CITY OF SPOKANE ET AL. Sup. Ct. Wash. Certiorari denied.

No. 97–1808. BELLESFIELD v. VERNIERO, ATTORNEY GENERAL OF NEW JERSEY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–1812. TERLECKY, TRUSTEE v. HURD ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–1816. NEAL v. DISTRICT OF COLUMBIA ET AL. C. A. D. C. Cir. Certiorari denied.

No. 97–1817. SMILAND PAINT CO. ET AL. v. ENVIRONMENTAL PROTECTION AGENCY ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–1818. GISCH v. EXTENDACARE HEALTH SYSTEMS, INC., ET AL. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 97–1820. ALTIPENTA, INC. v. SECURITY INSURANCE COMPANY OF HARTFORD. C. A. 3d Cir. Certiorari denied.

No. 97–1824. CRIPPEN v. KUHLMANN, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 97–1828. OMEGA ENVIRONMENTAL, INC., ET AL. v. GILBARCO, INC. C. A. 9th Cir. Certiorari denied.